UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

RAYMOND WU

No. 19 CR 266

Judge John Z. Lee

**MOTION FOR PRODUCTION OF MONTHLY REPORTS
FILED BY DEFENDANT WHILE ON SUPERVISED RELEASE**

The United States of America, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, moves for the entry of an order directing the U.S. Probation Office to provide copies to the government of monthly reports filed by defendant Raymond Wu during 2017-2018, while the defendant was on supervised release, and in support thereof states as follows:

On or about April 3, 2019, the Probation Office filed a report stating that the defendant, Raymond Wu, had violated the conditions of release relating to a 2016 fraud conviction entered in Milwaukee, Wisconsin. Wu was sentenced to 12 months custody and 36 months supervised release.

Wu served his sentence in prison, and in a halfway house, from approximately January 2017 through December 2017. Wu began supervised release on or about December 12, 2017. Wu lived in Los Angeles during 2018, and was supervised by the Los Angeles Probation office from approximately December 2017 through December 2018.

In December 2018, Wu was arrested on a criminal complaint, which alleged that Wu had engaged in a separate fraud scheme. That case, *United States v. Raymond Wu*, 18 CR 852, is currently pending in front of Judge Pallmeyer, and is scheduled for trial on August 17, 2020.

According to Wu's California Probation Officer, Wu filed monthly reports that contained financial information, including information about his employment and income. The government has requested copies of those monthly reports, but has not been able to obtain them. According to Wu's Chicago Probation Officer, he has also tried to obtain copies of those reports but has not been able to do so.

Those reports are relevant to the issue of whether Wu violated his conditions of supervised release. The evidence shows that for approximately one year, December 2017 through November 2018, Wu submitted false information to Probation concerning his financial situation. First, Wu lied about his employer, claiming that he was working for a catering company, even though Wu was not working for that company. Second, Wu failed to disclose that his actual source of income came from funds that he obtained from investors, rather than from a catering company.

In fact, while on supervised release, Wu obtained approximately $350,000 from investors. See Exhibit 1, a draft chronology. The government anticipates that the montly reports will show that Wu failed to disclose those funds in those reports. It should also be noted that Wu was ordered to pay restitution of approximately $242,000. Prior to his arrest in December 2018, Wu had paid less than $5,000 in restitution.

According to the California Probation Officer, in the monthly reports, Wu stated that he was employed by Koi Shi Catering throughout 2018. Wu told Probation that he started working for Koi Shi Catering in October 2017 (while in the halfway house), and continued working there through November 2018. Wu reported that he worked 40 hours a week and that he earned $4,000 a month. Wu submitted his last report to Probation in December 2018, showing that he had worked for Koi Shi Catering in November 2018.

According to the California Probation Officer, Wu provided the address of the catering company, and the name of his supervisor, as well as the company's phone number.

On February 19, 2019, the FBI case agent, Special FBI Agent Brent Potter, contacted Yuki Kamata, the individual identified by Wu as his supervisor at Koi Shi Catering, at the phone number that Wu provided to Probation. The FBI agent summarized his conversation with Yuki Kamata as follows:

"I spoke by phone today with Yukihiro Kamata, 818-568-xxxx, who was listed on the paperwork with the U.S. Probation Office for the Central District of California as Wu's supervisor at Koi Shi Catering. In summary, Kamata said that he met Raymond Wu through his prior business partner, who had been in jail. Kamata knew that Wu had been in jail. Wu told Kamata that he needed to list an employer on his paperwork with the court to show that he had a job, and he asked to use the name of Kamata's company. Kamata's company is a Nevada corporation, Koi Shi Enterprises. Wu never worked as an employee for Kamata or Koi Shi Enterprises, and he never earned any pay from Kamata or Koi Shi Enterprises."

Also, according to FBI Agent Potter, a review of Wu's bank records shows that there were no deposits in Wu's personal or business bank accounts from Koi Shi Catering through November 2018. Thus, it appears that Wu lied to Probation concerning his source of income.

WHEREFORE, the government respectfully moves this Court to enter an order directing the U.S. Probation Office to provide copies of Wu's monthly reports to the U.S. Attorney's Office.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By:     *s/ Jacqueline Stern*
        JACQUELINE STERN
        Assistant U.S. Attorney
        219 South Dearborn St., Rm. 500
        Chicago, Illinois 60604
        (312) 353-5329

| TIMELINE - INVESTMENTS/LOANS BY DATE | | | DRAFT |
|---|---|---|---|
| Date | Name | Investment | Milwaukee Case |
| **2009** | | | |
| 3/20/2009 | Shu M-W | $200,000 | |
| 12/11/2009 | Shu M-W | $150,000 | |
| **2012** | | | |
| 5/4/2012 | Shu M-W | $50,000 | |
| 11/13/2012 | Joe C. | $10,850 | |
| **2013** | | | |
| 8/30/2013 | Gregory C. | $25,000 | |
| 10/1/2013 | Gregory C. | $75,000 | |
| 1/17/2013 | Jake B. | $10,850 | |
| 1/31/2013 | Jake B. | $10,000 | |
| **2014** | | | |
| 3/25/2014 | Gregory C. | $50,000 | |
| 4/29/2014 | Gregory C. | $50,000 | |
| 9/15/2014 | Gregory C. | $20,000 | |
| 10/14/2014 | Gregory C. | $30,000 | |
| **2015** | | | |
| 4/2/2015 | Sou W-L | $12,500 | |
| 4/30/2015 | Sou W-L | $30,000 | |
| 5/26/2015 | | | Arrested by the FBI at LA Airport; Release Order Issued |
| 5/29/2015 | Sou W-L | $30,000 | |
| 6/15/2015 | Sou W-L | $35,000 | |
| 6/18/2015 | | | Arraignment |
| 7/7/2015 | Sou W-L | $17,500 | |
| | | | |
| **2016** | | | |
| 4/11/2016 | | | Guilty Plea |
| 7/5/2016 | Stanley F. | $50,000 | |
| 9/21/2016 | Charles P. | $250,000 | |
| 12/5/2016 | | | Sentenced to 1 year in prison, restitution of $242,529, and 3 years Supervised Release |
| 12/30/2016 | | | Wu submitted a financial statement containing false information |
| **2017** | | | |
| 1/5/2017 | Laura A. | $150,000 | |
| 1/27/2017 | Charles P. | $25,000 | |
| 1/31/2017 | | | Reported to FCI Taft to begin 1 year sentence |



GOVERNMENT
EXHIBIT

CARDELS 800-783-0359

| Date | Name | Amount | Notes |
|---|---|---|---|
| 2/1/2017 | Charles P. | $25,000 | |
| 2/15/2017 | Laura A. | $50,000 | |
| 2/17/2017 | Laura A. | $1,650 | |
| 3/16/2017 | Laura A. | $50,000 | |
| 4/18/2017 | Laura A. | $75,000 | |
| 5/16/2017 | Charles P. | $20,000 | |
| 5/18/2017 | Laura A. | $25,000 | |
| 6/21/2017 | Laura A, | $25,000 | |
| 7/25/2017 | Laura A. | $25,000 | |
| 7/28/2017 | Charles P. | $50,000 | |
| 9/14/2017 | | | **Assigned to BOP's Vinewood Residentical Reentry Center, Los Angeles (halfway house)** |
| 10/17/2017 | Stanley F. | $25,000 | |
| 12/12/2017 | | | **Released from BOP custody and began three years supervised release** |
| 12/15/2017 | Charles P. | $25,000 | |
| 12/27/2017 | Charles P. | $25,000 | |
| **2018** | | | |
| 1/3/2018 | Charles P. | $80,000 | |
| 1/26/2018 | Stanley F. | $25,000 | |
| 3/14/2018 | Stanley F. | $50,000 | |
| 4/13/2018 | Sou W-L | $100,000 | |
| 10/22/2018 | Stanley F. | $50,000 | |
| | | | |
| **Total** | | **$1,808,350** | |